|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 5 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IVY DARLENE JOHNSON,

    Plaintiff - Appellant,

 v.

MICHELLE KING, Acting Commissioner of Social Security,

    Defendant - Appellee.

No. 24-3006

D.C. No. 2:23-cv-01524-JAT
District of Arizona, Phoenix

ORDER

    The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case is ordered submitted without oral argument on May 15, 2025, in Pasadena, California. *See* Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT