| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 20 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IVY DARLENE JOHNSON,

    Plaintiff - Appellant,

 v.

FRANK BISIGNANO, Commissioner of Social Security,

    Defendant - Appellee.

No. 24-3006

D.C. No. 2:23-cv-01524-JAT
District of Arizona, Phoenix

ORDER

Before: OWENS, BENNETT, and H.A. THOMAS, Circuit Judges.

The panel has unanimously voted to deny Plaintiff-Appellant's Petition for Panel Rehearing. Dkt. No. 40. Accordingly, the Petition for Panel Rehearing is DENIED.